IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| DESMOND D. WILLIAMS,<br>TDCJ No. 02229911,<br><br>Plaintiff,<br><br>v.<br><br>CODY S. MILLER, et al.,<br><br>Defendants. | § § § § § § § § § § | Civil Action No. 7:19-cv-135-O |

## ORDER DISMISSING CASE

This is a civil rights action filed by an inmate who, at the time of filing, was confined in the Wichita County Jail in Wichita Falls, Texas. Plaintiff claims that his constitutional rights were violated during a prison disciplinary proceeding at the Allred Unit. *See* Complaint, ECF No. 1 at 4, 6-10. He seeks declaratory relief, court costs, and any other relief that the Court deems just, proper, and equitable. *Id.* at 4, 10.

On June 29, 2021, the Clerk of Court sent a notice to Plaintiff advising him that the Clerk's Office for the Wichita Falls Division has relocated to Ft. Worth and that any future mailings or paper filings should be sent to the new Fort Worth location. *See* ECF No. 13. On July 23, 2021, Plaintiff's copy of the Clerk's notice was returned to the Clerk of Court as undeliverable. *See* ECF No. 14. Stamped on the returned envelope are the words "RETURN TO SENDER . . . NOT DELIVERABLE AS ADDRESSED . . . UNABLE TO FORWARD." *Id.* at 1. Handwritten on the envelope is the word "Discharged." *Id.*

Because Plaintiff's current address is unknown, this case cannot proceed. Plaintiff may reopen the case by filing a Notice of Change of Address and a Motion to Reopen Case by August 25, 2021.

For the foregoing reasons Plaintiff's complaint is **DISMISSED** without prejudice.

**SO ORDERED** this **26th day** of **July, 2021.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE