IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| **DESMOND D. WILLIAMS,** <br> **TDCJ No. 02229911,** <br><br> Plaintiff, <br><br> v. <br><br> **CODY S. MILLER, et al.,** <br><br> Defendants. | § § § § § § § § § § § | Civil Action No. 7:19-cv-135-O |

## JUDGMENT

This action came on for consideration, and Plaintiff's whereabouts being unknown to the Court,

It is **ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiff's complaint is **DISMISSED** without prejudice.

The **Clerk of Court** shall transmit copies of this Judgment and the Order Dismissing Case to Plaintiff at his last known address.

**SIGNED** this **26th day** of **July, 2021.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE